

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>UWANBUNKONYE NWOKORO | Criminal Information<br><br>No. 1:17-CR-303-WSD |

FILED IN OPEN COURT
U.S.D.C. Atlanta
AUG 30 2017
James N. Hatten, Clerk
By: Deputy Clerk

THE U.S. ATTORNEY CHARGES THAT:

### Count 1
### 18 U.S.C. § 371
(Conspiracy to Commit Wire Fraud)

Beginning on a date unknown, but from at least in or about February 2013, and continuing through at least in on or about April 2013, in the Northern District of Georgia and elsewhere, defendant UWANBUNKONYE NWOKORO did knowingly and willfully combine, conspire, confederate, and agree with other individuals known and unknown to the Grand Jury to commit offenses against the United States, namely to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations and promises, and for the purpose of executing the scheme and artifice to defraud, transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce any writings, signs, signals, pictures, and sounds, in violation of 18 U.S.C. § 1343, in furtherance of which and to effect the objects of the conspiracy, defendant NWOKORO and other persons

known and unknown to the Grand Jury sent and caused to be sent fraudulent e-mails and wiring instructions to N.H., a company in Singapore, said emails and attachments constituting and containing material representations that caused N.H. to wire $128,000.00 to a Bank of America account ending in 9409, established and controlled by NWOKORO in the Northern District of Georgia, in violation of 18 U.S.C. § 371.

## Forfeiture Provision

1. As a result of committing one or more of the offense alleged in Count One of this Indictment, the defendant, UWANBUNKONYE NWOKORO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C); Title 18, United States Code, Section 982(a)(2); and Title 28, United States Code, Section 2461, all property, real and personal, constituting or derived from proceeds traceable to the offenses.

2. As a result of committing one or more of the offenses alleged in this Information, the defendant, UWANBUNKONYE NWOKORO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 1029(c)(1)(C), all personal property used or intended to be used to commit the offenses.

3. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third person;
   c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 18, United States Code, Section 982(b)(1); Title 21, United States Code, Section 853(p); and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

JOHN HORN
*United States Attorney*

BRIAN M. PEARCE
*Assistant United States Attorney*
Georgia Bar No. 568768

600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181