```
       IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION
```

**UNITED STATES OF AMERICA,** )

    **v.** )   **Criminal Indictment**

**UWANBUNKONYE NWOKORO,** )   No. 1:17-CR-0062-WJD
                                                   No. 1:17-CR-00303-WJD-LTW
    **Defendant.** )

MOTION TO ALLOW TRAVEL OUTSIDE THE DISTRICT

Comes now the Defendant, by and through counsel, and asks permission to travel outside the District beginning October 28, 2017 and continuing until November 28, 2017 for the reasons enumerated below:

    1. Defendant has an opportunity to train with HCI group, a Jacksonville, Florida company that will be training individuals in selling and operating software in the medical records business.

    2. Defendant has been accepted into a training program of this company which is training individuals on the above dates in Nashville, Tennessee.

    3. Defendant wishes to participate in this training opportunity to help support his family.

Wherefore, Defendant wishes that

1. A hearing be held,

2. Defendant be allowed to travel and participate in this program and

3. For such other and further relief that this Court deems appropriate.

                                                <u>S\Robert H. Citronberg</u>
                                                Robert H. Citronberg
                                                Attorney for Defendant
                                                Ga. Bar No. 126275

Suite 4100
303 Peachtree St.
Atlanta, Ga. 30308
Telephone (404) 522-7450
Fax 404 577-0860
e-mail: rcitronberg@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was served electronically to:

Mr. Brian Pearce
Assistant United States Attorney
Suite 600
Richard B. Russell Bldg.
75 Spring St.,
Atlanta, Ga. 30303

This 24th day of October, 2016

          s/Robert H. Citronberg


          _____
          Robert H. Citronberg
          State Bar #126275
          Attorney for Defendant

Suite 4100
303 Peachtree St., N.W.,
Atlanta, Ga. 30308
404-522-7450