IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NUMBER 1:17-CR-303-WSD |
| UWANBUNKONYE NWOKORO, | |
| Defendant. | |

### **O R D E R**

After consideration of the Defendant's motion to allow travel outside the district [Doc. No. 9] the motion is hereby DENIED.

IT IS SO ORDERED this 6th day of November, 2017.

_____
CATHERINE M. SALINAS
United States Magistrate Judge