# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cr-00303-WSD
## USA v. Nwokoro
## Honorable William S. Duffey, Jr.

Minute Sheet for proceedings held In Open Court on 12/21/2017.

TIME COURT COMMENCED: 9:35 A.M.
TIME COURT CONCLUDED: 10:45 A.M.
TIME IN COURT: 1:10
OFFICE LOCATION: Atlanta

COURT REPORTER: Nicholas A. Marrone
USPO: Kevin Bennett
DEPUTY CLERK: Benjamin Thurman

| | |
|---|---|
| DEFENDANT(S): | [1]Uwanbunkonye Nwokoro Present at proceedings |
| ATTORNEY(S) PRESENT: | Robert Citronberg representing Uwanbunkonye Nwokoro<br>Brian Pearce representing USA |
| PROCEEDING CATEGORY: | Change of Plea; |
| MINUTE TEXT: | The Court and parties met for a Change of Plea Hearing. The Hearing concluded without Defendant's plea of guilty to the proposed negotiated plea agreement being accepted. |
| HEARING STATUS: | Hearing Concluded |